UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

        v.

YURIY SERGEYEVICH ANDRIENKO,               Criminal No. 20-00316
SERGEY VLADIMIROVICH DETISTOV,
PAVEL VALERYEVICH FROLOV,
ANATOLIY SERGEYEVICH KOVALEV,         **[UNDER SEAL]**
ARTEM VALERYEVICH OCHICHENKO, and
PETR NIKOLAYEVICH PLISKIN,

        Defendants.

## *EX PARTE* MOTION FOR
## LIMITED DISCLOSURE OF SEALED DOCUMENTS

The United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Charles Eberle and Jessica Smolar, Assistant United States Attorneys for said district, hereby submits the following:

On October 15, 2020, an Indictment and arrest warrants were issued and filed under seal in the Western District of Pennsylvania charging the defendants with violations of 18 U.S.C. §§ 371 and 3559(g)(1) (Conspiracy to Commit an Offense Against the United States and False Registration of a Domain Name); 18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud); 18 U.S.C. § 1343 (Wire Fraud), 18 U.S.C. § 1028A (Aggravated Identity Theft); 18 U.S.C. § 1030(a)(5)(A) and 1030(c)(4)(B) (Damage to Computers), and 18 U.S.C. § 2 (Aiding and Abetting).

It is necessary for the United States government's law enforcement and national security efforts for the Indictment and arrest warrants to be unsealed for the limited purpose of the United States Attorney's Office and the Department of Justice disclosing the existence of and transmitting the Indictment and arrest warrants to representatives from other U.S. federal departments and

agencies, foreign authorities, and foreign and domestic victims for purposes of: effectuating requests made under Mutual Legal Assistance Treaties; coordinating international and federal government law enforcement and national security activity prior to unsealing of the Indictment; coordinating victim and other remediation activities; and to provide information about the Indictment to victims.

Wherefore, the United States respectfully requests that the Indictment and Arrest Warrants for the defendants in the above-captioned matter be unsealed for this limited purpose.

Respectfully submitted,

Scott W. Brady
United States Attorney

By:   *s/ Charles A. Eberle*
CHARLES A. EBERLE
Assistant U.S. Attorney
PA ID No. 80782

*s/ Jessica Lieber Smolar*
JESSICA LIEBER SMOLAR
Assistant U.S. Attorney
PA ID No. 65406