UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

YURIY SERGEYEVICH ANDRIENKO,              Criminal No. 20-00316
SERGEY VLADIMIROVICH DETISTOV,
PAVEL VALERYEVICH FROLOV,
ANATOLIY SERGEYEVICH KOVALEV,              **[UNDER SEAL]**
ARTEM VALERYEVICH OCHICHENKO, and
PETR NIKOLAYEVICH PLISKIN,

      Defendants.

## <u>LIIMITED UNSEALING ORDER</u>

Upon the application of the United States, by the United States Attorney for the Western District of Pennsylvania, Scott W. Brady, by Assistant United States Attorney Charles Eberle and Jessica Smolar;

WHEREAS the Indictment and arrest warrants in the above-captioned case are currently sealed; and

WHEREAS the United States Attorney's Office has applied to have the Indictment and arrest warrants unsealed for the limited purposes of disclosing the existence of and transmitting the Indictment and arrest warrants to representatives from other U.S. federal departments and agencies, foreign authorities, and foreign and domestic victims for purposes of: effectuating requests made under Mutual Legal Assistance Treaties; coordinating international and federal government law enforcement and national security activity prior to unsealing of the Indictment; coordinating victim and other remediation activities; and to provide information about the Indictment to victims.

ORDERED that the Indictment and arrest warrants in this matter be unsealed for the limited purposes described in the preceding paragraph; and it is further

ORDERED that the Indictment, arrest warrants, and this Order shall remain under seal until further Order from the Court.


Dated: Pittsburgh Pennsylvania
          October __15__, 2020


_____
THE HONORABLE LISA PUPO LENIHAN
United States Magistrate Judge
Western District of Pennsylvania