IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

YURIY SERGEYEVICH ANDRIENKO
SERGEY VLADIMIROVICH DETISTOV
PAVEL VALERYEVICH FROLOV
ANATOLIY SERGEYEVICH KOVALEV
ARTEM VALERYEVICH OCHICHENKO
PETR NIKOLAYEVICH PLISKIN

Criminal No. 20-316

ORDER

AND NOW, to wit, this 19th day of October, 2020, upon the representation of the United States Attorney's Office that there is no further necessity that the Indictment and Arrest Warrant in this case remain sealed,

IT IS HEREBY ORDERED that the Indictment and Arrest Warrant filed at the above number and sealed on October 15, 2020, be unsealed as of October 19, 2020.

UNITED STATES MAGISTRATE JUDGE